**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | School District Services, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 45-5619525 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8875 NW 145th Ave Rd<br>Morriston, FL 32668<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Hillsborough<br>County | **Location of principal assets, if different from principal place of business**<br>4600 E Busch Blvd Tampa, FL 33617<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    https://www.schooldistrictservices.com/

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **School District Services, Inc.**                                        Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | **Northern District of Florida** | When | **3/19/21** | Case number | **4:2021bk40092** |
|---|---|---|---|---|---|---|
| | District | **Northern District of Florida** | When | **10/19/20** | Case number | **4:2020bk40381** |

Debtor **School District Services, Inc.**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor **School District Services, Inc.**  Case number (*if known*) _____
      Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **School District Services, Inc.**　　　Case number (*if known*)
　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 17, 2022**
　　　　　　　MM / DD / YYYY

X **/s/ Ivery Luckey**　　　　　　　　　　　　**Ivery Luckey**
Signature of authorized representative of debtor　　Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ Marshall G. Reissman**　　　　　　　　Date **February 17, 2022**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Marshall G. Reissman 0310085**
Printed name

**The Reissman Law Group, P. A.**
Firm name

**1700 66th Street North**
**Suite 405**
**Saint Petersburg, FL 33710**
Number, Street, City, State & ZIP Code

Contact phone **727-322-1999**　　Email address **marshall@reissmanlaw.com**

**0310085 FL**
Bar number and State

Fill in this information to identify the case:
Debtor name    **School District Services, Inc.**
United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Advantage Funding Corp** 1000 Parkwood Circle SE. Ste Atlanta, GA 30339 | | Trade debt | Disputed | | | $0.00 |
| **AT&T** 1706 W Tennessee St Tallahassee, FL 32304 | | Trade debt | | | | $1,500.00 |
| **Bank of America** P. O. Box 31785 Tampa, FL 33631 | | | | | | $85,000.00 |
| **Debra Burger** 203 N. Gadsden Street Tallahassee, FL 32301 | | Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| **First Commerce Credit Union** 2073 Summit Lake Drive Tallahassee, FL 32317 | | Trade debt | | | | $20,000.00 |
| **Hinson Fuel Card** 626 S. Virginia St Quincy, FL 32351 | | Trade debt | | | | $1,500.00 |
| **Kabbage Inc.** 92513 Peachtree St NE Suite 1688 Atlanta, GA 30309 | | Trade debt | | | | $30,000.00 |

Debtor **School District Services, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kasper Holdings of Tallahass**<br>**111 N. Calhoun St. Suite 8**<br>**c/o Rick Savage, Esq**<br>**Tallahassee, FL 32301** | | **Commercial Lease** | **Disputed** | | | $22,995.85 |
| **Key Equipment Finance**<br>**1000 S. McCaslin Blvd**<br>**Louisville, CO 80027** | | | | | | $278,925.20 |
| **Rev Group Inc.**<br>**c/o Brain G. Rich, Esq**<br>**313 N. Monroe St. Suite 301**<br>**Tallahassee, FL 32301** | | | | | | $76,493.50 |
| **Sterling National Bank**<br>**2 Blue Hill Plaza**<br>**Pearl River, NY 10965** | | **Trade Debt** | | | | $25,000.00 |
| **Zonar Services Inc.**<br>**18200 Cascade Ave S.**<br>**Seattle, WA 98188** | | | | | | $9,454.60 |

School District Services, Inc.
8875 NW 145th Ave Rd
Morriston, FL 32668

Hinson Fuel Card
626 S. Virginia St
Quincy, FL 32351

Rev Group Inc.
c/o Brain G. Rich, Esq
313 N. Monroe St. Suite 301
Tallahassee, FL 32301

Marshall G. Reissman
The Reissman Law Group, P. A.
1700 66th Street North
Suite 405
Saint Petersburg, FL 33710

IRS
PO Box 7317
Philadelphia, PA 19101

State of Florida
PO Box
6668
Tallahassee, FL 32314

Advantage Funding Corp
1000 Parkwood Circle SE. Ste
Atlanta, GA 30339

Kabbage Inc.
92513 Peachtree St NE
Suite 1688
Atlanta, GA 30309

Sterling National Bank
2 Blue Hill Plaza
Pearl River, NY 10965

AT&T
1706 W Tennessee St
Tallahassee, FL 32304

Kasper Holdings of Tallahass
111 N. Calhoun St. Suite 8
c/o Rick Savage, Esq
Tallahassee, FL 32301

TFC Equipment Fin
c/o James Webb
1200 Weston Rd
Third Floor
Fort Lauderdale, FL 33326

Bank of America
P. O. Box 31785
Tampa, FL 33631

Key Equipment Finance
1000 S. McCaslin Blvd
Louisville, CO 80027

TIAA Commercial Finance Inc
7900 Peters Rd.
Building B Suite 100
Fort Lauderdale, FL 33324

BMO Harris Bank N.A.
PO Box 3040
Cedar Rapids, IA 52406

LaunchPeer
c/o Tucker, Albin & Associat
1702 N. Collins Blvd.
Suite 100
Richardson, TX 75080

Victory Charter School
2880 N Orange Blossom Trail
Kissimmee, FL 34741

Debra Burger
203 N. Gadsden Street
Tallahassee, FL 32301

Lilly Luckey
8875 NW 145th Avenue Road
Morriston, FL 32668

Village of Excellence Charte
4602 E Busch Blvd
Tampa, FL 33617

Emma Jewel Academy Charter S
705 Blake Ave
Cocoa, FL 32922

Marie A. Mattox, P.A.
203 N. Gadsden Street
Tallahassee, FL 32301-1000

Wells Fargo Equipment Fin
83 Wooster Heights Rd.
Bldg 301
Danbury, CT 06810

First Commerce Credit Union
2073 Summit Lake Drive
Tallahassee, FL 32317

Palm Bay Academy Charter Sch
2112 Palm Bay Rd NE
FL 32905

Zonar Services Inc.
18200 Cascade Ave S.
Seattle, WA 98188

# United States Bankruptcy Court
## Middle District of Florida

In re  **School District Services, Inc.**                                   Case No.
Debtor(s)                                                                    Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **School District Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 17, 2022**                                         **/s/ Marshall G. Reissman**
Date                                                          **Marshall G. Reissman 0310085**
                                                              Signature of Attorney or Litigant
                                                              Counsel for  **School District Services, Inc.**
                                                              **The Reissman Law Group, P. A.**
                                                              **1700 66th Street North**
                                                              **Suite 405**
                                                              **Saint Petersburg, FL 33710**
                                                              **727-322-1999 Fax:727-327-7999**
                                                              **marshall@reissmanlaw.com**